JOYCE C. WANG [Bar No.: 121139]
MELISSA A. DUBBS [Bar No.: 163650]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:   (415) 391-3911
Facsimile:   (415) 391-3898

Attorneys for Plaintiff
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT<br><br>Plaintiff<br><br>vs.<br><br>MURPHY INVESTMENTS, dba MURPHY SAN FRANCISCO, LP; BARTHOLOMEW MURPHY, individually and as Co-Trustee for THE MURPHY/MOORE FAMILY TRUST ESTABLISHED BY DECLARATION OF TRUST DATED MAY 12, 2000 and THE MURPHY/ MOORE FAMILY TRUST AMENDED AND RESTATED ON MARCH 5, 2003 and THE MURPHY/MOORE FAMILY TRUST, ESTABLISHED BY DECLARATION OF TRUST DATED MAY 12, 2000 AND AMENDED ON SEPTEMBER 8, 2000 and THE BARTHOLOMEW MURPHY LIVING TRUST, ESTABLISHED BY DECLARATION DATED MAY 12, 2000, AN UNDIVIDED 1/3 INTEREST; CATHERINE MURPHY, individually and as Co-Trustee for the DENIS T. & CATHERINE MURPHY FAMILY TRUST ESTABLISHED BY DECLARATION OF TRUST DATED MARCH 4, 1994 and the DENIS T. & CATHERINE MURPHY FAMILY TRUST-SURVIVOR'S TRUST; DENIS T. MURPHY individually and as Co-Trustee for the DENIS T. & CATHERINE MURPHY FAMILY TRUST ESTABLISHED BY DECLARATION OF TRUST DATED MARCH 4, 1994 and the DENIS T. & CATHERINE MURPHY FAMILY TRUST-SURVIVOR'S TRUST; MARQUERITA | CASE NO. CV 09 2022 MHP<br><br>[PROPOSED] ORDER DIRECTING DEPOSIT OF STAKE<br>(28 U.S.C. § 1335 and FRCP Rule 22)<br><br>Filed Concurrently with: (1) Complaint in Interpleader; (2) Certification of Interested Entities or Persons; (3) Corporate Disclosure Statement; and (4) Notice of Deposit of Funds into Court Registry. |

188731_1.DOC

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET,
SUITE 1600
San Francisco, CA 94111

| | |
|---|---|
| 1 | MURPHY; DANIEL P. MURPHY; JOAN M. MURPHY; EILEEN W. MOORE, individually and as Co Trustee for THE MURPHY/MOORE FAMILY TRUST ESTABLISHED BY DECLARATION OF TRUST DATED MAY 12, 2000 and THE MURPHY/ MOORE FAMILY TRUST AMENDED AND RESTATED ON MARCH 5, 2003 and THE MURPHY/MOORE FAMILY TRUST, ESTABLISHED BY DECLARATION OF TRUST DATED MAY 12, 2000 AND AMENDED ON SEPTEMBER 8, 2000 and THE BARTHOLOMEW MURPHY LIVING TRUST, ESTABLISHED BY DECLARATION DATED MAY 12, 2000, AN UNDIVIDED 1/3 INTEREST; PATRICK HARTY; MURPHY SIBLINGS LP; MURPHY INVESTMENTS, INC; 1355 VALENCIA LLC; BALLINREE, LLC; BARTHOLOMEW MURPHY; DENIS J. MURPHY, individually and as A SINGLE MAN, AN UNDIVIDED 1/3 INTEREST; MICHAEL F. MURPHY, individually and as A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY, AN UNDIVIDED 1/3 INTEREST; BETTY M. WALSH, as trustee for the WALSH FAMILY TRUST DATED AUGUST 8, 1994; FIRST REPUBLIC BANK, A DIVISION OF MERRILL LYNCH BANK AND TRUST CO. FSB ISAOA;WASHINGTON MUTUAL BANK, FA; and JP MORGAN CHASE BANK, NA<br>            Defendants. |

Based upon the Complaint-In-Interpleader and Notice of Deposit of Funds into Court Registry, leave is hereby granted for Plaintiff-in-Interpleader THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT ("Travelers") to deposit with the Court Clerk the amount of three million, one hundred fifty six thousand, eight hundred forty dollars and fifty six cents ($3,156,840.56 ), made payable to the, "Clerk of the United States Court for the Northern District of California," which represents the total current amount of the disputed funds.

IT IS ORDRED that Travelers deposit with the Court Clerk the above described check made payable to the, "Clerk of the United States Court for the Northern District of California," totaling the amount of three million, one hundred fifty six thousand, eight hundred forty dollars

188731_1.DOC                           2

and fifty six cents ($3,156,840.56) representing the policy benefits currently owed for the fire loss which occurred on March 17, 2008.

**IT IS SO ORDERED**

Dated: 5/11/2009          By _____

IT IS SO ORDERED

Judge Marilyn H. Patel