JOYCE C. WANG [Bar No.: 121139]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:   (415) 391-3911
Facsimile:    (415) 391-3898

Attorneys for Plaintiff
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT<br><br>Plaintiff,<br><br>vs.<br><br>MURPHY INVESTMENTS, dba MURPHY SAN FRANCISCO, LP; BARTHOLOMEW MURPHY, individually and as Co-Trustee for THE MURPHY/MOORE FAMILY TRUST ESTABLISHED BY DECLARATION OF TRUST DATED MAY 12, 2000 and THE MURPHY/ MOORE FAMILY TRUST AMENDED AND RESTATED ON MARCH 5, 2003 and THE MURPHY/MOORE FAMILY TRUST, ESTABLISHED BY DECLARATION OF TRUST DATED MAY 12, 2000 AND AMENDED ON SEPTEMBER 8, 2000 and THE BARTHOLOMEW MURPHY LIVING TRUST, ESTABLISHED BY DECLARATION DATED MAY 12, 2000, AN UNDIVIDED 1/3 INTEREST; CATHERINE MURPHY, individually and as Co-Trustee for the DENIS T. & CATHERINE MURPHY FAMILY TRUST ESTABLISHED BY DECLARATION OF TRUST DATED MARCH 4, 1994 and the DENIS T. & CATHERINE MURPHY FAMILY TRUST-SURVIVOR'S TRUST; DENIS T. MURPHY individually and as Co-Trustee for the DENIS T. & CATHERINE MURPHY FAMILY TRUST ESTABLISHED BY DECLARATION OF TRUST DATED MARCH 4, 1994 and the DENIS T. & CATHERINE MURPHY FAMILY TRUST-SURVIVOR'S TRUST; MARQUERITA | CASE NO.:   C09-02022-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>(FRCP Rule 4(e)(1) |

200034_1.DOC

CARLSON
CALLADINE
&
PETERSON
LLP
353
SACRAMENTO
STREET,
SUITE 1600
San Francisco,
CA 94111

| | |
|---|---|
| 1 | MURPHY; DANIEL P. MURPHY; JOAN M. MURPHY; EILEEN W. MOORE, individually |
| 2 | and as Co Trustee for THE MURPHY/ MOORE FAMILY TRUST ESTABLISHED |
| 3 | BY DECLARATION OF TRUST DATED MAY 12, 2000 and THE MURPHY/ MOORE |
| 4 | FAMILY TRUST AMENDED AND RESTATED ON MARCH 5, 2003 and THE |
| 5 | MURPHY/MOORE FAMILY TRUST, ESTABLISHED BY DECLARATION OF |
| 6 | TRUST DATED MAY 12, 2000 AND AMENDED ON SEPTEMBER 8, 2000 and |
| 7 | THE BARTHOLOMEW MURPHY LIVING TRUST, ESTABLISHED BY |
| 8 | DECLARATION DATED MAY 12, 2000, AN UNDIVIDED 1/3 INTEREST; PATRICK |
| 9 | HARTY; MURPHY SIBLINGS LP; MURPHY INVESTMENTS, INC; 1355 |
| 10 | VALENCIA LLC; BALLINREE, LLC; BARTHOLOMEW MURPHY; DENIS J. |
| 11 | MURPHY, individually and as A SINGLE MAN, AN UNDIVIDED 1/3 INTEREST; |
| 12 | MICHAEL F. MURPHY, individually and as A MARRIED MAN AS HIS SOLE & |
| 13 | SEPARATE PROPERTY, AN UNDIVIDED 1/3 INTEREST; BETTY M. WALSH, as |
| 14 | trustee for the WALSH FAMILY TRUST DATED AUGUST 8, 1994; FIRST |
| 15 | REPUBLIC BANK, A DIVISION OF MERRILL LYNCH BANK AND TRUST CO. |
| 16 | FSB ISAOA;WASHINGTON MUTUAL BANK, FA; and JP MORGAN CHASE |
| 17 | BANK, NA |
| 18 | Defendants. |

All parties thru their undersigned counsel of record hereby stipulate as follows:

1. This interpleader action arises out of a property insurance claim for a fire at one of the many properties insured under Travelers Policy No. 1-680-332H071A-TCT-07. Travelers claims that it has performed an adjustment and determined the amount it believes is owed under the policy, which amount ($3,156,840.50) has been deposited with the court and further claims that the defendants are all either Named Insureds or mortgagees on the policy and so have rights under the policy, potentially including but not limited to, some right to the policy proceeds for the fire loss.

09-8-7 Stipulation to Continue CMC.final.doc         2

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
CASE NO.: C09-02022-JSW

2. Counsel have been diligently attempting to negotiate an informal solution whereby the named insured defendants other than the insured party which actually holds title to the property, 1355 Valencia Street LLC, effectively waive any right to the policy proceeds. Travelers has requested notarized signatures from all the defendants, a number of whom reside in Ireland. Defendants have objected to this request and asserted that the instructions which they have signed should be sufficient. Some progress has been made in this regard, and counsel are hopeful that all issues can be resolved by agreement, which would render this action, which defendants claim was premature, moot.

3. All defendants except FIRST REPUBLIC BANK, a division of Merrill Lynch and Trust Co. FSB ISAOA; WASHINGTON MUTUAL BANK, FA; and JP MORGAN CHASE BANK, NA, have been served by substituted service on their counsel.

4. A Case Management Conference is set for August 28, 2009.

5. Based on the foregoing, the parties stipulate to continue the Case Management Conference for 45 days, to allow them sufficient time to informally resolve the outstanding issues.

6. Travelers further stipulates that defendants have been granted an extension of time to respond in exchange for the agreement of their counsel to accept service and that defendants' responses to the complaint will be due upon 20 days' written notice from Travelers' counsel.

DATED: August 7, 2009

WIEGEL & FRIED, LLP

By: _____
ANDREW J. WIEGEL

Attorneys for Defendants
MURPHY INVESTMENTS, Inc. sued herein as MURPHY INVESTMENTS dba MURPHY SAN FRANCISCO, LP; MURPHY SAN FRANCISCO, LP sued herein as MURPHY INVESTMENTS dba MURPHY SAN FRANCISCO, LP, BARTHOLOMEW MURPHY, individually and as Co-Trustee for THE MURPHY/MOORE FAMILY TRUST, which is incorrectly named several times as if it were several trusts: THE MURPHY/MOORE FAMILY TRUST ESTABLISHED BY DECLARATION OF TRUST DATED MAY 12,

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET, SUITE 1600
San Francisco, CA 94111

2000 and THE MURPHY/ MOORE FAMILY TRUST AMENDED AND RESTATED ON MARCH 5, 2003 and THE MURPHY/MOORE FAMILY TRUST, ESTABLISHED BY DECLARATION OF TRUST DATED MAY 12, 2000 AND AMENDED ON SEPTEMBER 8, 2000 and as trustee of THE BARTHOLOMEW MURPHY LIVING TRUST, sued herein as THE BARTHOLOMEW MURPHY LIVING TRUST, ESTABLISHED BY DECLARATION DATED MAY 12, 2000, AN UNDIVIDED 1/3 INTEREST; CATHERINE MURPHY, individually and as Co-Trustee for the DENIS T. & CATHERINE MURPHY FAMILY TRUST ESTABLISHED BY DECLARATION OF TRUST DATED MARCH 4, 1994 and the DENIS T. & CATHERINE MURPHY FAMILY TRUST-SURVIVOR'S TRUST; ; EILEEN W. MOORE, individually and as Co-Trustee for THE MURPHY/ MOORE FAMILY TRUST , which is incorrectly named several times as if it were several trusts: THE MURPHY/MOORE FAMILY TRUST ESTABLISHED BY DECLARATION OF TRUST DATED MAY 12, 2000 and THE MURPHY/ MOORE FAMILY TRUST AMENDED AND RESTATED ON MARCH 5, 2003 and THE MURPHY/MOORE FAMILY TRUST, ESTABLISHED BY DECLARATION OF TRUST DATED MAY 12, 2000 AND AMENDED ON SEPTEMBER 8, 2000; MURPHY SIBLINGS LP; and 1355 VALENCIA LLC

DATED: August ____, 2009        CARROLL BURDICK & MCDONOUGH LLP

By: _____
ELIZABETH A. ENGLAND

Attorneys for Defendants
MARQUERITA MURPHY; DANIEL P. MURPHY; and JOAN M. MURPHY

DATED: August 7, 2009        WASSERMAN-STERN



By: _____
DAVID P. WASSERMAN

Attorneys for Defendants
DENIS J. MURPHY, DENIS J. MURPHY, a Single Man, an Undivided 1/3 Interest; MICHAEL F. MURPHY; MICHAEL F. MURPHY, a Single Man, an Undivided 1/3 Interest

CARLSON CALLADINE & PETERSON LLP
353 Sacramento Street, Suite 1600
San Francisco, CA 94111

Case3:09-cv-02022-JSW Document 14 Filed 08/12/09 Page 5 of 6

CARLSON
CALLAHAN
&
PETERSON
LLP
353
Sacramento
Street,
Suite 1600
San Francisco,
CA 94111

2000 and THE MURPHY/ MOORE FAMILY TRUST AMENDED AND RESTATED ON MARCH 5, 2003 and THE MURPHY/MOORE FAMILY TRUST, ESTABLISHED BY DECLARATION OF TRUST DATED MAY 12, 2000 AND AMENDED ON SEPTEMBER 8, 2000 and as trustee of THE BARTHOLOMEW MURPHY LIVING TRUST, sued herein as THE BARTHOLOMEW MURPHY LIVING TRUST, ESTABLISHED BY DECLARATION DATED MAY 12, 2000, AN UNDIVIDED 1/3 INTEREST; CATHERINE MURPHY, individually and as Co-Trustee for the DENIS T. & CATHERINE MURPHY FAMILY TRUST ESTABLISHED BY DECLARATION OF TRUST DATED MARCH 4, 1994 and the DENIS T. & CATHERINE MURPHY FAMILY TRUST-SURVIVOR'S TRUST; ; EILEEN W. MOORE, individually and as Co-Trustee for THE MURPHY/ MOORE FAMILY TRUST , which is incorrectly named several times as if it were several trusts: THE MURPHY/MOORE FAMILY TRUST ESTABLISHED BY DECLARATION OF TRUST DATED MAY 12, 2000 and THE MURPHY/ MOORE FAMILY TRUST AMENDED AND RESTATED ON MARCH 5, 2003 and THE MURPHY/MOORE FAMILY TRUST, ESTABLISHED BY DECLARATION OF TRUST DATED MAY 12, 2000 AND AMENDED ON SEPTEMBER 8, 2000; MURPHY SIBLINGS LP; and 1355 VALENCIA LLC

DATED: August 10, 2009    CARROLL BURDICK & MCDONOUGH LLP

By: _____
ELIZABETH A. ENGLAND

Attorneys for Defendants
MARQUERITA MURPHY; DANIEL P. MURPHY; and JOAN M. MURPHY

DATED: August ____, 2009    WASSERMAN-STERN

By: _____
DAVID P. WASSERMAN

Attorneys for Defendants
DENIS J. MURPHY, DENIS J. MURPHY, a Single Man, an Undivided 1/3 Interest; MICHAEL F. MURPHY; MICHAEL F. MURPHY, a Single Man, an Undivided 1/3 Interest

09-8-7 Stipulation to Continue CMC.final.doc    4

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE No.: C09-02022-JSW

| | | |
|---|---|---|
| 1 | DATED: August 11, 2009 | CARLSON, CALLADINE & PETERSON LLP |
| 2 | | |
| 3 | By: _____ |
| | | JOYCE C. WANG |
| 4 | | Attorneys for Plaintiff |
| | | THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT |

9  IT IS SO ORDERED:    HONORABLE JEFFREY S. WHITE
                        UNITED STATES DISTRICT JUDGE
                        NORTHERN DISTRICT OF CALIFORNIA

The case management conference is continued to October 16, 2009 at 1:30 p.m.

DATED: August 12, 2009    _____
                          Jeffrey S. White