| | |
|---|---|
| 1 | JOYCE C. WANG [Bar No.: 121139]<br>CARLSON, CALLADINE & PETERSON LLP |
| 2 | 353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 |
| 3 | Telephone: (415) 391-3911<br>Facsimile: (415) 391-3898 |
| 4 | |
| 5 | Attorneys for Plaintiff<br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 10 | THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | ) | CASE NO.: C09-02022-JSW |
| 11 | | ) | |
| 12 | Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER ALLOWING FIRST AMENDED COMPLAINT** |
| 13 | vs. | ) ) | |
| 14 | MURPHY INVESTMENTS, dba MURPHY SAN FRANCISCO, LP; BARTHOLOMEW MURPHY, individually and as Co-Trustee for THE MURPHY/MOORE FAMILY TRUST ESTABLISHED BY DECLARATION OF TRUST DATED MAY 12, 2000 and THE MURPHY/ MOORE FAMILY TRUST AMENDED AND RESTATED ON MARCH 5, 2003 and THE MURPHY/MOORE FAMILY TRUST, ESTABLISHED BY DECLARATION OF TRUST DATED MAY 12, 2000 AND AMENDED ON SEPTEMBER 8, 2000 and THE BARTHOLOMEW MURPHY LIVING TRUST, ESTABLISHED BY DECLARATION DATED MAY 12, 2000, AN UNDIVIDED 1/3 INTEREST; CATHERINE MURPHY, individually and as Co-Trustee for the DENIS T. & CATHERINE MURPHY FAMILY TRUST ESTABLISHED BY DECLARATION OF TRUST DATED MARCH 4, 1994 and the DENIS T. & CATHERINE MURPHY FAMILY TRUST-SURVIVOR'S TRUST; DENIS T. MURPHY individually and as Co-Trustee for the DENIS T. & CATHERINE MURPHY FAMILY TRUST ESTABLISHED BY DECLARATION OF TRUST DATED MARCH 4, 1994 and the DENIS T. & CATHERINE MURPHY FAMILY TRUST-SURVIVOR'S TRUST; MARQUERITA | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

CARLSON CALLADINE & PETERSON LLP<br>353 SACRAMENTO STREET, SUITE 1600<br>San Francisco, CA 94111

09-8-3 Stipulation to file amended complaint.DOC

**STIPULATION RE: FIRST AMENDED COMPLAINT**
**CASE NO.: C09-02022-JSW**

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET,
SUITE 1600
San Francisco, CA 94111

| | |
|---|---|
| 1 | MURPHY; DANIEL P. MURPHY; JOAN M. ) |
| | MURPHY; EILEEN W. MOORE, individually ) |
| 2 | and as Co Trustee for THE MURPHY/ ) |
| | MOORE FAMILY TRUST ESTABLISHED ) |
| 3 | BY DECLARATION OF TRUST DATED ) |
| | MAY 12, 2000 and THE MURPHY/ MOORE ) |
| 4 | FAMILY TRUST AMENDED AND ) |
| | RESTATED ON MARCH 5, 2003 and THE ) |
| 5 | MURPHY/MOORE FAMILY TRUST, ) |
| | ESTABLISHED BY DECLARATION OF ) |
| 6 | TRUST DATED MAY 12, 2000 AND ) |
| | AMENDED ON SEPTEMBER 8, 2000 and ) |
| 7 | THE BARTHOLOMEW MURPHY LIVING ) |
| | TRUST, ESTABLISHED BY ) |
| 8 | DECLARATION DATED MAY 12, 2000, AN ) |
| | UNDIVIDED 1/3 INTEREST; PATRICK ) |
| 9 | HARTY; MURPHY SIBLINGS LP; ) |
| | MURPHY INVESTMENTS, INC; 1355 ) |
| 10 | VALENCIA LLC; BALLINREE, LLC; ) |
| | BARTHOLOMEW MURPHY; DENIS J. ) |
| 11 | MURPHY, individually and as A SINGLE ) |
| | MAN, AN UNDIVIDED 1/3 INTEREST; ) |
| 12 | MICHAEL F. MURPHY, individually and as ) |
| | A MARRIED MAN AS HIS SOLE & ) |
| 13 | SEPARATE PROPERTY, AN UNDIVIDED ) |
| | 1/3 INTEREST; BETTY M. WALSH, as ) |
| 14 | trustee for the WALSH FAMILY TRUST ) |
| | DATED AUGUST 8, 1994; FIRST ) |
| 15 | REPUBLIC BANK, A DIVISION OF ) |
| | MERRILL LYNCH BANK AND TRUST CO. ) |
| 16 | FSB ISAOA;WASHINGTON MUTUAL ) |
| | BANK, FA; and JP MORGAN CHASE ) |
| 17 | BANK, NA ) |
| | ) |
| 18 | Defendants. ) |
| | ) |

WHEREAS, plaintiff-in-interpleader THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT ("TRAVELERS") has determined that the issues raised by its complaint-in-interpleader cannot be resolved without the addition of GREENSPAN ADJUSTERS INTERNATIONAL, INC., also known as The Greenspan Company/Adjusters International ("GREENSPAN") and seeks to file a First Amended Complaint which includes GREENSPAN as a defendant; and

WHEREAS, to date, only defendant JP MORGAN CHASE BANK, NA ("JP MORGAN") has filed an answer to the complaint in interpleader in this action.

NOW THEREFORE, TRAVELERS and JP MORGAN, through their undersigned counsel of record hereby stipulate as follows:

1. TRAVELERS may file a First Amended Complaint, a copy of which is attached to this Stipulation and Proposed Order as Exhibit A.

2. JP MORGAN'S answer currently on file with this Court shall be deemed an answer to the First Amended Complaint.

DATED: October 2, 2009

JP MORGAN CHASE BANK, NA

By: _____
LAWRENCE W. STEVENS

Attorneys for Defendant
JP MORGAN CHASE BANK, NA

DATED: Oct. 2, 2009

CARLSON, CALLADINE & PETERSON LLP

By: _____
JOYCE C. WANG

Attorneys for Plaintiff
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

**IT IS SO ORDERED:**

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Traverlers shall file the First Amended Complaint upon issuance of this Order.

DATED: October 6, 2009

_____

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET,
SUITE 1600
San Francisco, CA 94111