IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>    Plaintiff,<br><br>  v.<br><br>MURPHY INVESTMENTS, et al.,<br><br>    Defendants.<br>_____ / | No. C 09-02022 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On October 16, 2009, Plaintiff filed a Motion for Discharge, which is noticed for hearing on December 11, 2009. It is HEREBY ORDERED that Defendants' opposition briefs are due by no later than November 6, 2009, and Plaintiff's Reply briefs shall be due on November 13, 2009. The Court encourages the Defendants to file a joint opposition brief to the extent a joint brief is possible. If any party seeks to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such request. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. It is FURTHER ORDERED that Plaintiff shall serve a copy of this Order on any Defendant who has not yet appeared in this action and shall file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: October 16, 2009

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE