1  Andrew J. Wiegel, Esq., SBN 075204
   Amy L. Arnold, Esq., SBN 230794
2  Wiegel & Fried, LLP
   414 Gough Street
3  San Francisco, California 94102-4464
   Telephone: (415) 552-8230
4

5  Attorneys for Defendants Murphy San Francisco, LP, Bartholomew Murphy, individually and as
   Co-Trustee of The Murphy/Moore Family Trust Established by Declaration of Trust Dated May
6  12, 2000 and The Murphy/Moore Family Trust Amended and Restated on March 5, 2003 and
   The Murphy/Moore Family Trust Established by Declaration of Trust May 12, 2000 and
7  Amended on September 8, 2000 and The Bartholomew Murphy Living Trust Established by
   Declaration Dated May 12, 2000, An Undivided 1/3 Interest, Catherine Murphy, individually and
8  as Co-Trustee for the Denis T. & Catherine Murphy Family Trust Established by Declaration of
   Trust Dated March 4, 1994 and The Denis T. & Catherine Murphy Family Trust - Survivor's
9  Trust, Eileen W. Moore, individually and as Co-Trustee of the The Murphy/Moore Family Trust
   Established by Declaration of Trust Dated May 12, 2000 and The Murphy/Moore Family Trust
10 Amended and Restated on March 5, 2003 and The Murphy/Moore Family Trust Established by
   Declaration of Trust Dated May 12, 2000 and Amended on September 8, 2000 and The
11 Bartholomew Murphy Living Trust Established by Declaration Dated May 12, 2000, An
   Undivided 1/3 Interest, Murphy Siblings, LP, Murphy Investments, Inc., and 1355 Valencia
12 Street, LLC

13                           UNITED STATES DISTRICT COURT

14                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                                 SAN FRANCISCO DIVISION

16 The Travelers Indemnity Company of              )  Case No. C09-02022-JSW
17 Connecticut,                                    )
                                                   )  Assigned to the Hon. Jeffrey S.
18            Plaintiff,                           )  White
                                                   )
19      v.                                         )  [PROPOSED] ORDER
                                                   )  GRANTING STIPULATION OF
20 Murphy Investments, dba Murphy                  )  DEFENDANTS FOR
   San Francisco, LP, Bartholomew Murphy,          )  DISBURSEMENT OF FUNDS
21 individually and as Co-Trustee of               )  DEPOSITED WITH THE
   The Murphy/Moore Family Trust                   )  COURT AND DISMISSAL OF
22 Established by Declaration of Trust Dated       )  THE CASE
   May 12, 2000 and The Murphy/Moore              )
23 Family Trust Amended and Restated on            )
   March 5, 2003 and The                           )
24 Murphy/Moore Family Trust Established           )
   by Declaration of Trust Dated May 12,           )
25 2000 and Amended on September 8, 2000           )
   and                                             )
26                                                 )
   **Caption Continued on Next Page**              )
27 _____         )

28

---

[PROPOSED] ORDER GRANTING STIPULATION OF DEFENDANTS FOR DISBURSEMENT OF
FUNDS DEPOSITED WITH THE COURT AND DISMISSAL OF THE CASE
Case No. C09-02022-JSW                                                                        1

| | |
|---|---|
| The Bartholomew Murphy Living Trust Established by Declaration Dated May 12, 2000, An Undivided 1/3 Interest, Catherine Murphy, individually and as Co-Trustee for the Denis T. & Catherine Murphy Family Trust Established by Declaration of Trust Dated March 4, 1994 and The Denis T. & Catherine Murphy Family Trust - Survivor's Trust, Denis T. Murphy, individually and as Co-Trustee for the Denis T. & Catherine Murphy Family Trust Established by Declaration of Trust Dated March 4, 1994 and the Denis T. & Catherine Murphy Family Trust - Survivor's Trust, Marquerita Murphy, Daniel P. Murphy, Joan M. Murphy, Eileen W. Moore, individually and as Co-Trustee of the Murphy/Moore Family Trust Established by Declaration of Trust Dated May 12, 2000 and The Murphy/Moore Family Trust Amended and Restated on March 5, 2003 and The Murphy/Moore Family Trust Established by Declaration of Trust Dated May 12, 2000 and Amended on September 8, 2000 and The Bartholomew Murphy Living Trust Established by Declaration Dated May 12, 2000, An Undivided 1/3 Interest, Patrick Harty, Murphy Siblings, LP, Murphy Investments, Inc., 1355 Valencia LLC, Ballinree, LLC, Bartholomew Murphy, Denis J. Murphy, individually and as a single man, an undivided 1/3 interest, Michael F. Murphy, individually and as a married man as his sole and separate property, an undivided 1/3 interest, Betty M. Walsh, as trustee for the Walsh Family Trust Dated August 8, 1994, First Republic Bank, a division of Merrill Lynch Bank and Trust Co. FSB ISAOA, Washington Mutual Bank, FA, and JP Morgan Chase Bank, NA,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The stipulation of all parties for disbursement of funds deposited with the court and dismissal of the case was submitted for consideration to Judge Jeffrey S. White, United States District Court Judge. Having reviewed the stipulation and with all parties in agreement,

1   IT IS HEREBY ORDERED that:

2   A.   The funds on deposit with the above captioned Court in the amount of
3   $3,156,840.56 shall be disbursed and made jointly payable to Defendants 1355 Valencia Street,
4   LLC and Greenspan Adjusters International, Inc.

5   B.   Once the funds on deposit are disbursed to Defendants 1355 Valencia Street, LLC
6   and Greenspan Adjusters International, Inc., that this proceeding shall be dismissed.

8   Dated: February 18, 2010

Jeffrey S. White
United States District Court Judge

The Case Management Conference scheduled for February 19, 2010 is VACATED. Once the funds have been disbursed, the remaining parties shall submit a Stipulation and Proposed Order of Dismissal.

cc: Finance Office

[PROPOSED] ORDER GRANTING STIPULATION OF DEFENDANTS FOR DISBURSEMENT OF FUNDS DEPOSITED WITH THE COURT AND DISMISSAL OF THE CASE
Case No. C09-02022-JSW

3