IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>    Plaintiff,<br><br>  v.<br><br>MURPHY INVESTMENTS, et al.,<br><br>    Defendants.<br>_____ / | No. C 09-02022 JSW<br><br>**ORDER TO SHOW CAUSE** |

On February 18, 2010, this Court granted a Stipulation for Disbursement of Funds, and order that once the funds were disbursed, the remaining parties were to submit a Stipulation and Proposed Order of Dismissal. The Court has not yet received such a stipulation. Accordingly, the parties are HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed. The parties response to this Order to Show Cause or a Stipulation of Dismissal shall be due by no later than June 25, 2010.

**IT IS SO ORDERED.**

Dated: June 11, 2010

                                                            JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE