IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>    Plaintiff,<br><br>  v.<br><br>MURPHY INVESTMENTS, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-02022 JSW<br><br>**ORDER OF DISMISSAL** |

On February 18, 2010, this Court granted a Stipulation for Disbursement of Funds, and order that once the funds were disbursed, the remaining parties were to submit a Stipulation and Proposed Order of Dismissal. Because the Court had not yet received a stipulation from the remaining parties, on June 11, 2010, it issued an Order to Show Cause directing the parties to show cause why this case should not be dismissed. The parties' response to the Order to Show Cause or a Stipulation of Dismissal was due by no later than June 25, 2010. The parties have not filed either a response to the Order to Show Cause or a stipulation of dismissal.

This matter is HEREBY DISMISSED, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 29, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE